UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:24-cv-00084

**David L. Shelton,**
*Plaintiff,*
v.
**Inmate Trust Fund,**
*Defendant.*

# ORDER

Plaintiff David Shelton, proceeding pro se, filed this civil action complaining that someone working in the trust-fund department of the Texas Department of Criminal Justice stole a check that plaintiff received from the Internal Revenue Service. Doc. 1. The case was referred to a magistrate judge. Doc. 3.

After review of the pleadings, the magistrate judge issued a report and recommendation that the lawsuit be dismissed because adequate state post-deprivation remedies exist for a random and unauthorized deprivation of property. Doc. 7. A copy of this order was sent to plaintiff's last known address. Plaintiff has not filed any objections, and the time for doing so has passed.

When there have been no timely objections to a magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Plaintiff's case is dismissed for failure to state a claim. The dismissal is with prejudice as to its refiling in federal court, but without prejudice to any claims in state court or through the TDCJ administrative processes that plaintiff may elect to pursue. Any pending motions are denied as moot.

- 2 -

*So ordered by the court on July 29, 2025.*

J. CAMPBELL BARKER
United States District Judge